①

| United States Of America vs Terrance Junot III | Case # 6:13-cr-06137 Honorable Chief Judge Geraci Aug 12, 2020 |

Comes now Defendant Terrance Junot III (Pro se), asking for permission to supplement my motion for Compassionate release, Doc 36, which was filed July 17, 2020.



The center for Disease Control and prevention has updated Its risk Factors for Covid-19 illness, which now includes crowding and medical conditions, such as underlying lung issues, also heart issues. I suffer from chronic bronchitis, and upper respiratory infections. Also Sinus issues, I have been dealing with these issues for 2 decades. Always going to the doctor for antibiotics for these problems. I have family history of Lung

②

and Heart issues. My grand father on my mothers side had cancer, along with blood clots and is long since past away. My grand father on my fathers side had asthma, also emphysema. He passed when I was a child of these illnesses. Currently my mother has copd, and also my father, and he has had a triple by pass due to health issues. My aunt has emphysema, and is currently suffering from breathing issues.

F.C.I. Loretto has stated that my case of having acute upper respiratory infection and acute sinusitis as current. (see exhibit A, B). This has been a chronic problem for years before my arrest. It is well documented in my medical ~~feet~~ records at Greece Health Center in rochester N.Y. However since I'm acting Pro se, I have no way to obtain those documents. My chronic lung infections and family history of these issues, along with the growing

③

number of cases of covid-19 at
loretto and the extremely close
living conditions, make me a prime
candidate to contract COVID-19.
The BOP cannot assure this court
that I will not contract covid-19, or
if they have the facility to care
for me should I contract the virus.

Ⅱ

The covid-19 pandemic as of July,
and Aug 10, 2020 has killed over 160,000
people in the United States. And nearly
4 million people have contracted the
virus. As of this writing 111 people
in the BOP have died due to Covid-19.
And in FCI loretto the case are
doubling weekly according to memos
from the warden and health services,
(The head of Disease Control). As of July 21,
2020, the warden stated we had 2
positive cases. Then as of July 27, 2020.
there were 17 cases. Continuing as of
the 31st of July, there were 26,

④

As of Aug 8, there is a new spike and continuing to climb daily. As of 8-6-2020 there were 47 and as of this writing the internal numbers were 55. The BOP website has the number as high as 37, this discrepancy may be due to underreporting.

A Forbes article ( www.Forbes.com/sites/walter pavlo/2020/0/01/bureau-of-prisons-underreporting-outbreaks-in-person/#2a5bcd747ba3) showed anomalies in the data, leading to the conclusion that the BOP is almost certainly underreporting, the number of inmates who are sick with COVID-19. The under-reporting may not be due to any nefarious plot by the BOP, but may have been, or currently still is a factor of the BOP not having sufficient resources to adequately test inmates. The likely misinformation is none the less, alarming, and endangering the health and lives of inmates and staff in all BOP facilites. ⨎

There are more than 7 staff

⑤

infected and have continued working or have come back to work. Loretto is constantly using staff from other units (infected) on non infected units, due to call-ins or shortage of staff. The staff also does walkthroughs in the entire prison, possibly bringing the infection with them.

With the number of cases growing, and even with the "BOP's plan of action" to prevent the virus from infecting the inmates, loretto refuses to tell the inmates which staff are infected. Loretto is not testing the staff and are not forced to test. It is up to the staff to personally be tested. They only temp them. Which has been proven doesn't work anymore for being positive with covid-19. The staff could be Asymptomatic. Therefore endangering inmates at FCI Loretto.

This is making it even harder to stop the spread of covid-19 in the institution. There hasn't been any hand sanitizer in the commisary in months, and also none in the units for more

⑥

than 6 months. How are the inmates at loretto suppose to stay safe without proper, supplies, care, and protection from this deadly virus.

Ⅲ

The governments interpretation of the first step act flies in the face of Congress's intent when it passed legislation, which was to increase the availability of compassionate release. See § 603(b) of public law 115-391, 132 stat. 5239 (2018). Furthermore the "vast majority" of district courts around the united states, have held that, since the passage of the first step act § 1B1.13 " is not binding but is, rather helpful guidance".

United states v. Almontes, 2020 WL 1812713 at * 3 (D. Conn. Apr. 9, 2020) (collecting cases). Even more recently in the northern district of illinoise, a court twice Joined that "vast majority" holding that:

⑦

while the criteria in § 1B1.13 provides useful guideposts, the court may look beyond the defendants medical condition, age, and family circumstances, as delineated in the sentencing commisions guidance, to construe what constitutes extraordinary and compelling circumstances.

Id., United states v. Robert Cardena, NO. 09-cr-0332, slip op. at 6 (N.D. Ill, may 15, 2020) (ECF No. 1890); United states v. Lewellen, 09-cr-0332 slip op. at 6 (N.D. Ill may 22, 2020) (ECF No. 1896). Courts around the united states have already rejected the governments interpretation of the first step act, and this court should do the same. This court is not bound any particular compassionate release Scenarios that the Sentencing commission has prescribed in the U.S.S.G. § 1B1.13. Rather " District courts themselves have the power to determine what constitutes extraordinary and compelling reasons for compassionate release.". United States v. Young, 2020 WL 1047815, at * 6 (M.D. Tenn, mar 4,

⑧

2020). Hence this court has the power to grant compassionate release that I am requesting.

Ⓘⓥ

I have served 69.8 % of my sentence. Thats more than two thirds of the total. He / I have no prior criminal conviction and has been a model prisoner. I am rated a minimum risk of recidivism, from the first step act review. As stated in the motion I have had no incident reports while in custody, I have completed numerous programs, taught fellow inmates, and was attempting to pursue a college degree. But due to the Covid-19 outbreak it was put on hold. But if released I will continue to pursue college again. I am currently enrolled in a vocational training course to become a Physical Trainer. It is a ISSA certification. I will be using it for a 2nd income.

⑨

My friend Jody Joubert is living in the rochester area and has agreed to allow me to live at her house. The adress is 86 alpine rd rochester N.Y. 14612 and can be reached at 585-233-2559. I have the support of her and my family. I have a job ready to go upon my release as stated before. The owner is Rob Richmond and can be contacted at 585-415-3411. I have been a mechanic for 20 years and will be continuing to do the same work for mr richmond. I have a N.Y. State drivers liccense; # 997778537 and is currently valid. I also have a vehicle which will allow me to travel to and from work, and any and all programs needed to attend upon my release. I have a N.Y. state inspectors Liccense that has to be renewed. I will recieve health benefits from the Job as soon as possible. This will allow me not to be a burden on the community or the state of New York. But to be a contributor and pay taxes.

(10)

I have demonstrated to this court extraordinary and compelling reasons; I would not be a danger to the community and is a minimum risk pattern score (first step act), to not commit crimes if released and or put on home Confinement.

I respectfully request that this HONORABLE COURT grant me the compassionate release, or any remedy this court deems appropiate. Such as Home Confinement.

respectfully
Submitted,

TERRANCE L JUNOT 3rd
22303055
FCI Loretto
Po Box 1000
Cresson PA 16630.

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 22303-055                    Inmate Name:  JUNOT, TERRANCE III

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Anxiety disorder | | | | | | |
| 06/10/2020 08:53 EST  Golden, Robin PA-C | | ICD-10 | F419 | 06/10/2020 | Current | |
| Unspecified visual disturbance | | | | | | |
| 04/12/2016 07:27 EST  Golden, Robin PA-C | | ICD-10 | H539 | 04/12/2016 | Current | |
| Acute sinusitis | | | | | | |
| 04/26/2018 13:13 EST  Golden, Robin PA-C | | ICD-10 | J0190 | 04/26/2018 | Current | |
| Acute upper respiratory infection, unspecified | | | | | | |
| 04/20/2018 08:16 EST  Krepps, Jim PA-C | | ICD-10 | J069 | 04/20/2018 | Current | |
| Chronic periodontitis, generalized | | | | | | |
| 09/29/2017 08:47 EST  Lopez, Gilbert DMD/Chief Dental Officer | | ICD-10 | K0532 | 09/29/2017 | Current | |
| Monoarthritis, not elsewhere classified, unspecified site | | | | | | |
| 04/12/2016 07:27 EST  Golden, Robin PA-C    Left Knee suspected. | | ICD-10 | M1310 | 04/12/2016 | Current | |
| Fracture of tooth (traumatic) | | | | | | |
| 07/12/2019 08:49 EST  Lopez, Gilbert DMD/Chief Dental Officer | | ICD-10 | S025XX | 07/12/2019 | Current | |
| Sprain of knee | | | | | | |
| 07/05/2016 07:44 EST  Burk, Steven PA-C | | ICD-10 | S8390X | 07/05/2016 | Current | |
| Dental restoration status | | | | | | |
| 05/26/2015 08:46 EST  Farkas, Paul DMD | III | ICD-9 | V45.84 | 05/26/2015 | Current | 05/26/2015 |
| **Resolved** | | | | | | |
| Acute postoperative pain, other | | | | | | |
| 04/12/2016 07:30 EST  Golden, Robin PA-C | III | ICD-9 | 338.18 | 01/13/2016 | Resolved | 04/12/2016 |
| 01/13/2016 08:31 EST  Ancrum, Cheryl DDS | III | ICD-9 | 338.18 | 01/13/2016 | Current | 01/13/2016 |
| Dental caries extending into pulp | | | | | | |

Exhibit A

# Bureau of Prisons
# Health Services
# Inmate  Report Only (formerly labeled ISDS)

| Reg #:  22303-055 | Inmate Name:  JUNOT, TERRANCE III |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**TB Clearance:** Yes

Last PPD Date: 12/11/2019     Induration: 0mm
Last Chest X-Ray Date:     Results:
TB Treatment:     Sx free for 30 days: Yes
TB Follow-up Recommended: No

Transfer To: _____    Transfer Date: 03/07/2020

**Health Problems**

| Health Problem | Status |
|---|---|
| Unspecified visual disturbance | Current |
| Acute sinusitis | Current |
| Acute upper respiratory infection, unspecified | Current |
| Chronic periodontitis, generalized | Current |
| Monoarthritis, not elsewhere classified, unspecified site Left Knee suspected. | Current |
| Fracture of tooth (traumatic) | Current |
| Sprain of knee | Current |
| Dental restoration status | Current |

**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**
None
**OTCs:  Listing of all known OTCs this inmate is currently taking.**
None

**Pending Appointments:**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 06/11/2020 | 00:00 | Optometry Exam | Optometrist |
| 12/11/2020 | 00:00 | PPD Administration | Nurse |
| 09/05/2022 | 00:00 | Preventive Health Visit | Nurse 01 |
| 09/23/2022 | 00:00 | Preventive Health Visit | Nurse 01 |

**Non-Medecation Orders:**
No Data Found
**Active Alerts:**
No Data Found

**Consultations:**
**Pending Institutional Clinical Director Action**
No Data Found

**Pending UR Committee Action**
No Data Found

**Pending Regional Review Action**
No Data Found

**Pending Scheduling**
No Data Found

Exhibit B

Terrance Junot 3rd
20303055
Federal correctional Institution Loretto
P.O. Box 1000
Cresson PA 16630

Clerk of the Court
U.S. Federal Court House
100 State st . Room 2120
Rochester NY 14614

AUG 17 2020

JOHNSTOWN PA 159
13 AUG 2020 PM 2 L

USA
FOREVER