United States Of America ) Case No. 13-CR-6137

v              } Honorable

Terrance Junot III   { Judge Geraci
                        8/31/20

I
Introduction.

There wasn't a day that went by
that when I awoke in monroe county
Jail, or Allegany county jail, CCA ohio
holding facility, or Kanin max in pennsyl-
vania, then to my final place of Loretto
FCI that I don't feel remorse for my
actions. The sadness in my heart for
the victim and the victims family can
only be described as a devastating
tragedy. I can't begin to understand
or feel the pain and suffering I've
caused the victim and the victims
family. And for that I am truly sorry.
There is no excuse for my
actions in the past, and I have to
live my life everyday with this burden

forever. There are days where it is hard to function knowing the pain and suffering I have caused so many people in the victims lives and also my own.

Everyday is a constant reminder of the damage I have done, by being kept away from family, friends, Jobs, and being a normal functioning member of society. And even after my time at loretto is up, the normal will never be the same. I will suffer my Consequence's for the rest of my life. Struggeling with emotions of remorse, fear, anxiety, stress and sadness. Due to the life I must now live because of my past inappropriate, irresponsible and devastating choices.

I have suffered everyday for the last 7 and half years. Prison is not for the weak minded. To deal with being a sex offender has its own issues and longterm punishments in prison and outside of prison. Being segregated, bullied, threatened, not allowed to work certain jobs, play certain sports,

or do many other normal things the prison has to offer. So I have felt and feel the punishment and consequences every day, all day, because of my actions in the past, I suffer mental and also physical fatigue, along with high anxiety. I have not only let the victim down and the victims family, but my family and friends and myself as well. I have 24 hours a day 7 days a week to think and reflect on my horrible actions of the past, which is a ongoing punishment to myself. I have lost almost everything and everyone in my life because of my actions, I truly regret the things that were said and done. People that were a big part of my that has passed away without being able to say ~~goodbye~~ goodbye or Thankyou, its extremely hard to live with. There are day's I dont want to get out of bed and deal with life because of the pain and sadness I feel for my actions in the past. To say I have not suffered or been punished long

enough, or learned any lesson's is a incorrect statement. To say that I couldn't possibly be rehabilitated is also incorrect. I have learned and learn daily many valueble ~~teso~~ lessons, and to make sure this type of crime / situation never happens again in my life.

## II
## Time Remaining

As the date of the filing of the compassionate release, I have served 69% of my 144 month sentence. I recieve I and a half years of good time. Then with the new law of the First Step Act I recieved a additional 84 days of good time. Being that I have been a model inmate I have 2.5 years remaining with 6 months half way house.

## III
## Extraordinary and Compelling reasons for my release

⑤

I have showed proof of
underlying conditions with my motion
for supplement, using ~~exhibit~~ exhibit
A, B. Showing that a current respitory
issue has not been resolved. Which
means its still ongoing as I have
previously stated. I have showed
proof of family history of lung issues
and or cancer to the best of my
ability. Being that I cannot get
their medical records. If more proof
is needed the government can request
information from my mother and father.
Their contact info is as follows.
Terrance Junot Jr. (585)455-4032.
Cheryl Junot (585)455-3950. They
can refer you to the others in my
current living relatives of family
history's.
     The CDC has said that underlying
issues in a person's "respitory" system
can create life threatening complications
if the person became infected with
Covid-19 repeatedly over and over. Per
the supplement I have demonstrated

all of the conditions that are
needed for compassionate release.
    In numerous courts they have
found the risk of death and future
complications from contracting covid-19,
especially with inmates having underlying
conditions satisfies the compelling and
extraordinary reasons to grant compassionate
release under 18 USC § 3582.


## III IV
## BOP cannot Protect/Treat
## inmates in Covid-19 Pandemic.

    Despite the BOP's plan for
fighting Covid-19, staff members still
brought the deadly virus into FCI
Loretto. Just because loretto got lucky
this time and only infected 8% of
the population since my filing for
compassionate release, does not mean
future outbreaks will not occur. And
on any Unit in the prison. It was luck
that the virus stayed where it did. It
also infected multiple people on NE which

upstairs from where I live. The ease
of a future outbreak is especially true
given the staff's attitude that they
"beat Corona virus" which has led
to lax mask usage by staff. There is
a new policy that strictly limits
quarantine time for people going to
outside medical visits, its (less than 1
day of quarantine), and also self surrenders
(3 to 5 days or less). The rush to
reopen the compound to normal activity
levels, and plans to restart inter facility
transfers with 2 to 3 weeks. There
has been multiple inmate cross mixing
or contamination of units in different
parts off of the Compound. Until there
is a vaccine for covid-19 I am at
risk of death, or future complications.
     The government stated that I
have not shown that FCI Loretto cannot
adequately protect or treat inmates
from Covid-19, However in my original
motion I included data and case cites
showing that this is infact is true.

# V
# Safety to the Community

In my original motion I outlined my status as a model inmate, statistics about the extremely low recidivism rate for sex offenders and my close community and family ties.

The government stated that I have not tried to recieve treatment, however the BOP sent me to a facility, where no treatment programs are available for sex offenders. I have asked repeatedly about (SOMP) programs. Loretto sais that they do not offer Sex Offender Management programs. Treatment is a condition of my supervised release, and is a more mental health treatment and mentally intensive than any program that the BOP can offer. Many of these programs are available even with covid-19 restrictions, including phone based, and 1 on 1 counseling. Meaning I will be able to get treatment immediately upon my

⑨

release. I have had my family do research for programs to start right away upon my release.

## VI
## 3553(a) factors.

The government stated that my guideline range was 169 to 210 months. My Plea agreement was actually for 120-168 months, and the honorable judge geraci gave me 144 months, which was inside the guidelines.

I have served 69% of my sentence (84 of 123 months accounting for good time) which means I have less than 3 years remaining.

I plan to fully comply with all conditions of my supervised release, including having no unsupervised access to minors. The residence I have currently lined up to live has no minors living there. That can be confirmed by calling the contact I have listed in my motion for supplement. (Jody Jaubert)

My employment is as a auto technician, which will not bring me in contact with minors. Given these facts along with the other factors stated above including my family and community ties, proves that I will pose no risk to the community, or anyone I come in contact with.

## VII
## Conclusion

Given my risk for severe health complications and or death from Covid-19, my solid release plan, and my extremely low risk of recidivism per the first step act calculations. That makes me an excellent candidate for compassionate release. I hereby ask this honorable court to grant my compassionate release or any other relief that the court see fit.

Respectfully Submitted

Terrance Junot III

Terrance Junot III

22303055

Terrance Junot III
22303055
Federal Correctional Institution Loretto
PO Box 1000
Cresson PA 16630

Clerk of The Court
US Federal Court
100 State st. - Room 2120
Rochester NY 14614.



JOHNSTOWN PA
02 SEP 2020 PM 9 L

USDC-WDNY
SEP – 4 2020
ROCHESTER