**UNITED STATES PROBATION
AND PRETRIAL SERVICE**

# MEMORANDUM

**DATE:** June 10, 2022

**TO:** Honorable Frank P. Geraci, Jr.
U.S. District Judge

**FROM:** Xochitl M. Morales
U.S. Probation Officer Specialist

**SUBJECT:** United States vs. Terrance Junot, III
Docket No: 6:13-CR-06137-001

On February 11, 2014, the above referenced defendant was sentenced by Your Honor to a total term of 12 months incarceration to be followed by a total of 10 years supervised release after pleading guilty to Count I: 18 U.S.C. § 2422(b) Coercion and Enticement of a Minor. He is scheduled to be released from the Federal Bureau of Prisons on June 10, 2022, to commence his term of supervised release. Due to the nature of the instant offense, the defendant is required to register as a sex offender with New York State. The New York State Board of Examiners of Sex Offenders is responsible for making assessments of sex offenders in New York regarding their risk of repeat offense and the danger posed to the community upon their sentence to probation or release from custody. In order to complete that assessment, the Board of Examiners requests the release of the presentence investigation report which contains the details of the offense and other relevant information. Please be advised that the Board of Examiners will be required to provide a copy of the presentence report to the County Court Judge assigned to conduct the determination hearing, as well as the Assistant District Attorney and the defendant's attorney at that hearing.

In addition, our office would like permission to release the presentence report to the agency that will be providing sex offender risk assessment and treatment if recommended.

Should Your Honor have any questions or concerns, please advise.

The Court Orders:

[X]  Permission granted to release the presentence investigation report.

[ ]  Permission not granted to release the presentence investigation report.

[ ]  Other _____

_____
Signature of Judicial Officer

6/10/2022
Date